UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE L. HERNANDEZ
    Plaintiff

vs.                                                                                       CIVIL NO. 98-2361 (GG)

CRIOLLO READY MIX, INC.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: September 23, 1999<br>Docket: # 26<br>[X] Plffs      [x] Defts<br>Title: Informative Motion Re: Settlement | **GRANTED** up and until **October 4, 1999,** to file the corresponding motion for voluntary dismissal with prejudice. |

Date:  September 23, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:
SEP 2 8 1999

By:     # 27