IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE L. HERNANDEZ

    Plaintiff

    v.          CIVIL NO. 98-2361 (GG)

CRIOLLO READY MIX, INC.

    Defendant

### ORDER AND JUDGMENT

On October 6, 1999, plaintiff filed a "Motion to Request Dismissal With Prejudice" seeking the dismissal of this action with prejudice and without costs and attorneys fees, in light of a settlement agreement. **Docket entry #28).**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, we accept the stipulation of dismissal.

**WHEREFORE,** in view of the above, this action is **DISMISSED WITH PREJUDICE** and without any special imposition of costs and attorney's fees. Judgment is hereby entered accordingly.

**SO ORDERED AND ADJUDGED.**

San Juan, Puerto Rico, this 8th day of October, 1999.

GILBERTO GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev.8/82)